Thrasher's transactions with claimant until after the accident; therefore, there was no acquiescence. No contrary evidence was presented. The Commission found claimant also failed to sustain his burden of proof on this argument. Consequently, claimant failed to establish Thrasher had apparent authority to bind St. Louis Freightliner.

■ The decision by the Commission to deny claimant workers' compensation benefits was supported by competent and substantial evidence. The Commission's findings that claimant was not an "employee" are not clearly contrary to the overwhelming weight of the evidence. Claimant failed to establish the alleged agent had apparent authority with which to bind claimant's alleged employer, and for purposes of the Workers' Compensation Act, the facts support the finding that claimant was not an employee of St. Louis Freightliner.

Judgment affirmed.

REINHARD and CRIST, JJ., concur.

Raymond J. Flunker and Jeffrey M. Proske, Evans & Dixon, St. Louis, for appellant.

John J. Larsen, Jr., St. Louis, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Employer and employer's insurer appeal from the final award of the Labor and Industrial Relations Commission (Commission), affirming an award of workers' compensation benefits and medical expenses to claimant. We affirm. The findings and conclusion of the Commission are supported by substantial evidence on the whole record; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Harvey S. SHOULTS, Claimant/Respondent,**

v.

**BARRY–WEHMILLER CO., and Amerisure Companies, Employer–Insurer/Appellants.**

**No. 63189.**

Missouri Court of Appeals, Eastern District, Division One.

June 29, 1993.

**David WULFF, Respondent,**

**and**

**Mid–City Lumber Company Ltd., Plaintiff/Intervenor,**

v.

**Gus KAKADIARIS, Appellant.**

**No. WD 47376.**

Missouri Court of Appeals, Western District.

June 29, 1993.